# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHCO, INC., : | |
| : | **Civil Action No. 19-14742 (SRC)** |
| Plaintiff, : | |
| : | |
| v. : | **ORDER** |
| : | |
| SOVEREIGN LOGISTICS LTD., : | |
| : | |
| Defendant. : | |

**CHESLER**, District Judge

This matter having come before this Court on the motion for entry of default judgment, pursuant to Federal Rule of Civil Procedure 55(b), by, Mahco, Inc.; and the Court having considered Plaintiff's submission; and for the reasons stated in the accompanying Opinion, and good cause appearing;

**IT IS** on this 16th day of June, 2020

**ORDERED** that Plaintiff's motion for entry of default judgment (ECF 11) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that if Plaintiff refiles the subject motion, Plaintiff must provide the following explanations in writing: 1) how and why this Court has personal jurisdiction over Defendant; 2) how and why venue is appropriate in this District; and 3) how and why service was in compliance with appropriate statutes and international conventions.

                              s/ Stanley R. Chesler
                         STANLEY R. CHESLER, U.S.D.J.